IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANIEL SHEPLER and MICHELLE SHEPLER,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY RESORT, LLC, et al.,<br><br>Defendants. | CV-20-59-BU-BMM<br><br><br><br>ORDER |

The parties have stipulated to the dismissal of: (1) all claims brought by Plaintiff Michelle Shepler; (2) all claims against Defendant Boyne Resort; and (3) all claims against Defendant CNL Lifestyle Properties, Inc. They further stipulate that the remaining named Defendant, named as "Big Sky Resort," is properly identified as Big Sky Resort, LLC.

Accordingly, IT IS ORDERED that:

(1) all claims brought by Plaintiff Michelle Shepler are DISMISSED;

(2) Defendants Boyne Resort and CNL Lifestyle Properties, Inc. are DISMISSED from this action; and

(3) "Big Sky Resort, LLC" is substituted for "Big Sky Resort."

DATED this 25th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court