IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANIEL SHEPLER,<br><br>                 Plaintiff,<br>vs.<br><br>BIG SKY RESORT, LLC, et al.,<br><br>                 Defendants. | CV-20-59-BU-BMM<br><br>**ORDER FOR DISMISSAL** |

Upon consideration of the filed Stipulated Motion for Dismissal, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-entitled case be dismissed with prejudice as fully settled upon its merits, each party bearing their own costs and attorneys' fees.

DATED this 23rd day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court